JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALLIN D. BLACK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HUNT & HENRIQUES, and DOES 1–15, inclusive,<br><br>　　　　Defendants. | CASE NO.: SACV10-1476 JVS (MANx)<br><br>**ORDER RE DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>The Honorable James V. Selna |

1     Pursuant to the parties' Stipulation and Joint Request for Dismissal, this
2 action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the
3 Federal Rules of Civil Procedure.  Each party shall bear its own attorneys' fees and
4 costs.
5 IT IS SO ORDERED.

7 DATED: June 8, 2011          By: _____
                                                      United States District Judge